UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>ENVIORNMENTAL PROTECTION,<br><br>Defendant. | Civil Action No. 26-1442 (ACR) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Devin Lorio and remove the appearance of Assistant United States Attorney Sian Jones as counsel for Defendant in the above-captioned case.

Dated: September 24, 2026

Respectfully submitted,

By: *                /s/ Devin Lorio*

Devin Lorio
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0840

*Attorney for the United States of America*