UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civ. A. No. 26-1442 (ACR) |

**JOINT STATUS REPORT**

Plaintiff, Government Accountability & Oversight, and Defendant, the U.S. Environmental Protection Agency ("EPA"), by and through undersigned counsel, respectfully submit the following joint status report in this the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action.

1. On April 27, 2026, Plaintiff filed its complaint. ECF No. 1.

2. On June 1, 2026, Defendant filed its answer. ECF No. 4.

3. On June 2, 2026, the Court issued a Minute Order ordering the Parties to meet and confer and file a joint status report on or before July 2, 2026. The joint status report should address, among other things, (1) the status of Plaintiff's FOIA requests; (2) the anticipated number of documents responsive to Plaintiff's FOIA requests; (3) the anticipated date(s) for release of those documents; and (4) whether a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is likely.

4. On July 1, 2026, the Parties filed a joint status report, providing an estimated final production date of September 15, 2026.

5. The Parties requested in the July 1, 2026 status report that they be permitted to file another joint status report on or before September 30, 2026, to provide the Court with an update on Defendant's response to Plaintiff's FOIA request.

6. On September 16, 2026, Defendant issued its final determination in response to Plaintiff's FOIA request. The Agency produced 85 records in full, withheld 66 records in their entirety, and produced 307 records with redactions.

7. The Parties request additional time to meet and confer about certain aspects of EPA's production. As such, the Parties request permission to file a joint status report on or before November 30, 2026 to provide the Court with an update as to whether any contested issues remain in the case.

Dated: September 29, 2026
Washington, D.C.

Respectfully submitted,

/s/ DRAFT
MATTHEW D. HARDIN
D.C. BAR. NO. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, Texas 77399
Tel: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Devin Iorio*
DEVIN IORIO, D.C. Bar No. 90028306
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
202- 252-0840

*Attorneys for the United States of America*